**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6819**

STEPHEN D. NOLAN,

        Plaintiff - Appellant,

    v.

CORIZON CORRECTIONAL HEALTH CARE; BILL BEEMAN; HOLLY PIERCE; JEFF SHOLEY; DR. LEONORA MUHAMMED; DR. VIVIEN DORSEY; DR. MANDIP BARTELS; DR. SYLVIA AKINTADE,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:23-cv-00327-BAH)

Submitted:  June 25, 2026                    Decided:  June 30, 2026

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Stephen D. Nolan, Appellant Pro Se.  Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen D. Nolan appeals the district court's order staying his civil rights action in light of a bankruptcy court order and administratively closing the case.[1] We have reviewed the record and find no reversible error, as the bankruptcy court's order explicitly enjoins Nolan from prosecuting this case in the district court. Accordingly, we affirm the district court's order.[2] *Nolan v. Corizon Corr. Health Care*, No. 1:23-cv-00327-BAH (D. Md. Aug. 22, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[1] Nolan has moved for leave to supplement his informal brief. We grant that motion.

[2] Before Nolan noted this appeal, he filed a Fed. R. Civ. P. 59(e) motion in the district court. The denial of that motion is not before us because Nolan did not file an amended notice of appeal after the district court denied the motion. Fed. R. App. P. 4(a)(4)(B)(ii).

2